**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A TOPKOV, an individual,<br><br>   Plaintiff,<br><br>  vs.<br><br>FCA US LLC; DCH TEMECULA MOTORS LLC dba DCH CHRYSLER DODGE JEEP RAM FIAT OF TEMECULA; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: 8:21-CV-00936-JLS-KES<br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT (Doc. 13)** |

Having considered the parties' joint Stipulation to Remand (Doc. 13), the Court ORDERS that the entire case is hereby remanded to the Superior Court of the State of California for the County of Orange, originally commenced as case number 30-2021-01196486-CU-BC-CJC.

**IT IS SO ORDERED.**

DATED: July 02, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE